RECEIVED
CHARLOTTE, N.C.
JUN 28 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.
JUL 1 2 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:01CR216-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FINAL ORDER AND** |
| ) | **JUDGMENT CONFIRMING** |
| v. ) | **FORFEITURE** |
| ) | |
| (1) GERALD LAMONT STEELE ) | |

On February 5, 2005, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon defendant's plea agreement and plea of guilty to Count One in the indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. §841(a)(1) and §846.

On April 5, 12, and 19, the United States published in the <u>Mecklenburg Times</u>, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. The government has further attempted service of such notice on the registered owner of the vehicle by certified mail, return receipt requested. It appears from the record that no such petitions have been filed. The preliminary order has therefore become final.

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

One 1993 Mazda MPV, NC license NYT 3626, VIN # JM3LV522XP0513610, registered in the name of Regina Carlotta Weeks.

This the 8th day of July, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE